CPLR 311

**United States District** Court
Commonwealth of **Massachusetts**

---

**Blue Sage Consulting, Inc.**   Plaintiff

VS.                                                          **Affidavit of Service**
                                                             **Index** #

**Failsafe Air Safty Systems Corp. C/O Alan Feuerstein, Esq.**   Defendant

---

STATE OF NEW YORK                    **Sheriff's Docket** # 327906
COUNTY OF ERIE       SS.:

**Deputy Frank Palermo**, being duly sworn, deposes and says that **he** is over 18 years of age, not a party to the action herein, and served the **Summons With Complaint** upon the defendant, **Failsafe Air Safty Systems Corp.**, named herein, by personally delivering to and leaving a true copy of said process with **Alan Feuerstine, Esq.**, who indicated that **he** was the **Attorney For Failsafe Safty Systems Corp.** thereof at **17 Saint Louis Place, Buffalo, N.U. 14202-1502**, on the **1st** day of, **August, 2005** at **3:12 PM**. Deponent believed the said **Corporation** so served to be the **Corporation** described in this action as the defendant therein, and that the said individual was authorized to accept service.

The description of the person served is as follows:

Approx. age or D.O.B.: **55 yrs.**   Skin Color: **White**   Sex: **Male**
Hair Color: **Brown**   Eye Color: **Hazel**   Approx. Weight: **175 lbs.**
Approx. Height: **5'11"**

Additional information:

Sworn to before me this **3rd**, day
of **August,**       **2005**

_Marilynn J. Calhoun_
Notary Public Erie County, NY
Expiration:

MARILYNN J. CALHOUN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 5012462
CERTIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JUNE 15, 2007

**Deputy Frank Palermo**
Erie County Sheriff's Office

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Blue Sage Consulting, Inc.
V.

**SUMMONS IN A CIVIL CASE**

Failsafe Air Safety Systems Corp.

CASE NUMBER:

## 05 11483 NG

TO: (Name and address of Defendant)

Failsafe Air Safety Systems
c/o Alan Feuerstein, Esq.
Feuerstein & Smith, LLP
17 Saint Louis Place
Buffalo, NY 14202-1502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert N. Wilson, Jr.
46 Washington Street
Ayer, MA 01432

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

**CLERK**

(By) DEPUTY CLERK

DATE

JUL 1 3 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Blue Sage Consulting, Inc.
V.

**SUMMONS IN A CIVIL CASE**

Failsafe Air Safety Systems
Corp.

CASE NUMBER:

## 05 11483 NG

TO: (Name and address of Defendant)

Failsafe Air Safety Systems
c/o Alan Feuerstein, Esq.
Feuerstein & Smith, LLP
17 Saint Louis Place
Buffalo, NY 14202-1502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert N. Wilson, Jr.
46 Washington Street
Ayer, MA 01432

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 13 2005

CLERK

(By) DEPUTY CLERK

DATE

