## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BLUE SAGE CONSULTING, INC.,
*Plaintiff,*

v.

Civil Action No. 05-11483 NG

FAILSAFE AIR SAFETY SYSTEMS CORP.,
*Defendant,*

### DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), we hereby affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course –

and various alternative courses – of the above-entitled litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

December 3, 2005

Paul Chirayath
President & CEO,
Failsafe Air Safety Systems Corp.

December 5, 2005

Laurie M. Ruskin, Esq.
Counsel for
Failsafe Air Safety Systems Corp.