# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  Blue Sage Consulting, Inc.
                        **Plaintiff**

**V.**                    **CIVIL  CASE NO.   05-11483-NG**

  Failsafe Air Safety Systems, Corp.
                        **Defendant**

### NOTICE AND ORDER

  Bowler, U.S.M.J.

**PLEASE TAKE NOTICE that the above-entitled case has been set for _____**

**_____ a mediation hearing _____ on**

** Thursday, March 30, 2006 _____ at _____ 10:00 _____ A.M. before**

**Magistrate Judge _____ Marianne B. Bowler _____ in**

**Courtroom #  25  .**

**All parties with binding authority are required to attend, leave of Court is**

**required for any exceptions.   All confidential mediation briefs are required to be**

**submitted to the court at least 48 hours before the hearing.**

                                        **SARAH A. THORNTON,**
                                        **CLERK OF COURT**


  **1/23/2006**                              **By: /s/ Marc K. Duffy**
         **Date**                              **Deputy Clerk**


(ADR NOTICE.wpd - 3/7/2005)