**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Blue Sage Consulting, Inc.
    Plaintiff

               CIVIL ACTION
   V.            NO.  05-11483-NG

Failsafe Air Safety Corp.
    Defendant

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Gertner

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On 3/30/2006 I held the following ADR proceeding:

   _____ SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION
   __X___ MEDIATION         _____ SUMMARY BENCH / JURY TRIAL
   _____ MINI-TRIAL         _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel [except _____].
   The parties were present in person, or by an authorized officer. [except _____].
   The case was:

[X] Settled. Your clerk should enter a _60_ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

   03/30/2006                Marianne B. Bowler, USMJ
    DATE                  ADR Provider

(ADR Report (Blue Sage).wpd - 4/12/2000)                [adrrpt.]