BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTIFICATION OF TEMPORARY SUSPENSION
## TO COURT, AGENCY, OR TRIBUNAL

TO:   <u>United States District Court for the District</u> of Massachusetts
Court, Agency, or Tribunal

<u>John Joseph Moakley Courthouse, One Courthouse</u> Way, Boston MA   022
Address

<u>Blue Sage v. FailSafe Air</u> Safety
(case caption)

<u>05-11483-NMG</u>
(docket number)

NAME OF CLIENT:
<u>Blue Sage Consulting, Inc.</u>

ADDRESS OF CLIENT:
<u>6 Hearthstone Road</u>

<u>Hopkinton MA   01748</u>

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been temporarily suspended from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after immediately, the effective date of temporary suspension. Enclosed are copies of the notices of temporary suspension which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: <u>3 MAY 2006</u>    SIGNATURE: _[signature]_
                                    Robert N. Wilson, Jr
                         ADDRESS:   <u>46 Washington Street</u>
                                    <u>Ayer MA   01432</u>
                         TELEPHONE: <u>(978)772-9011</u>

Revised September 1997

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF TEMPORARY SUSPENSION
## TO COUNSEL AND UNREPRESENTED PARTIES

TO: Laurie Ruskin
Counsel for (or party, if unrepresented by counsel)
Sweder & Ross, LLP
Address
21 Custom House Street, Suite 300, Boston MA 02110

COURT: US District Court for District of Mass.

CASE CAPTION: Blue Sage v. FailSafe

DOCKET NUMBER: 05-11483-NMG

CLIENT NAME: Blue Sage Consulting, Inc.

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers, you are hereby advised that I have been temporarily suspended from the further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after immediately, the effective date of temporary suspension.

DATE: 20 APR. 2006   SIGNATURE: _____
Robert N. Wilson, Jr

ADDRESS: 46 Washington Street
Ayer MA 01432
TELEPHONE: (978)772-9011

Revised September 1997

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF TEMPORARY SUSPENSION TO CLIENT

TO: __Blue Sage Consulting, Inc.__          __US District Court for Massachusetts__
    CLIENT                                                                                COURT

    __6 Hearthstone Road__                           __Blue Sage v. Fail Safe__
    ADDRESS                                                                         CASE CAPTION

    __Hopkinton MA   01748__                          __05-11483-NMG__
                                                                                               DOCKET NUMBER

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been temporarily suspended from further practice of the law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after immediately, the effective date of temporary suspension.

If you are not represented by co-counsel, you should act promptly to obtain other counsel to represent you further in the above matter. In addition, the following circumstances of this case will require immediate attention:

__Settlement Agreement to be filed on or before May 29, 2006.__

You have the right to have all papers, documents, and other materials that you supplied to me in this case returned to you, as well as the right to certain other documents in your file. These documents may be retrieved from:

    NAME:   __Brett F. Johnson, Esquire__

    ADDRESS:   __46 Washington Street__

                       __Ayer MA   01432__

    TELEPHONE:   __(978)772-9014__

You also have the right to a refund of any part of any fees and costs you paid in advance that have not been earned or expended.

You are further notified that I am required to close every IOLTA, client, trust, or other fiduciary account and properly disburse or otherwise transfer all client and fiduciary funds in my possession, custody, or control.

Revised September 1997

DATE: __20 APR 2006__   SIGNATURE: _____
                                   Robert N. Wilson, Jr

                       ADDRESS:   __46 Washington Street__
                                  __Ayer MA   01432__
                       TELEPHONE: __(978)772-9011__