UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE SAGE CONSULTING, INC., <br><br>                    Plaintiff, <br><br> v. <br><br> FAILSAFE AIR SAFETY SYSTEMS CORP., <br><br>                    Defendants. | Civil Action No. <br> 05-11483-NG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Gordon P. Katz as counsel for plaintiff, Blue Sage Consulting, Inc.

                                       BLUE SAGE CONSULTING, INC.,

                                       By its attorneys,

                                       /s/ Gordon P. Katz
                                       Gordon P. Katz (BBO #261080)
                                       HOLLAND & KNIGHT LLP
                                       10 St. James Avenue
                                       Boston, MA  02116
                                       (617) 523-2700

Dated:     May 26, 2006
             Boston, Massachusetts

# 3812031_v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26th day of May, 2006.

                                                       /s/ Gordon P. Katz
                                                       Gordon P. Katz