UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE SAGE CONSULTING, INC.,<br>*Plaintiff,*<br><br>v.<br><br>FAILSAFE AIR SAFETY SYSTEMS CORP.,<br>*Defendant*, | Civil Action No. 05-11483 NG |

**STIPULATION OF DISMISSAL**

The parties, *Blue Sage Consulting, Inc.* and *Failsafe Air Safety Systems Corp.*, after mediation (ordered by this Court) and settlement, hereby stipulate that the above entitled action be dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), as so agreed to by the parties.

The parties further stipulate and agree (i) that they have resolved this action pursuant to a certain "*Settlement Agreement and Release of Claims*" ("Agreement"), the terms of which are incorporated herein by reference, (ii) that this Court shall retain jurisdiction over the terms of the Agreement for purposes of its enforcement, and (iii) that the parties agree to, and the Court permits, the continuation of jurisdiction for such enforcement purposes and if such enforcement is necessary this action shall be reopened

for that purpose.

| | |
|---|---|
| BLUE SAGE CONSULTING, INC.<br>By its attorney, | FAILSAFE AIR SAFETY SYSTEMS CORP.<br>By its attorney, |
| *s/Gordon P. Katz*<br>_____<br>Gordon P. Katz, *Of Counsel*, BBO# 261080<br>HOLLAND & KNIGHT, LLP.<br>10 St. James Avenue<br>Boston, MA  02116<br>(617) 573-5839 | *s/Laurie M. Ruskin*<br>_____<br>Laurie M. Ruskin, *Of Counsel*, BBO# 630374<br>SWEDER & ROSS LLP<br>21 Custom House Street, Suite 300<br>Boston, MA  02110<br>(617) 646-4466 |

Dated:  June 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served
upon the attorney of record for each of the other parties in this action
by U.S. mail this 9th day of June, 2006.

*s/Laurie M. Ruskin*
_____
Laurie M. Ruskin
